JACQUELYNE M. NGUYEN, Bar no. 249658
LAW OFFICES OF JACQUELYNE M. NGUYEN
1670 SANTA ANA AVE., SUITE "K"
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax: (949) 722-8416
Email: jackie@jacquelynenguyenlaw.com

Attorney for: Plaintiff

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>DEVONA L. CHISM, AKA DEVONA L. NEBLETT,<br><br>　　　　　Defendant | No. CV A 12-10524<br><br><br>CONSENT JUDGMENT |

　　Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Devona L. Chism, aka Devona L. Neblett, in the principal amount of $2,410.17 plus interest accrued to December 3, 2012, in the sum of $3,824.09; with interest accruing thereafter at 8% annually until entry of judgment, for a total amount of $6,234.26.

DATED: March 14, 2013　　　　　　By: TERRY NAFISI
　　　　　　　　　　　　　　　　　Clerk of the Court

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Deputy Clerk
　　　　　　　　　　　　　　　　　United States District Court